United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

DAVID ALONZO LOPEZ-ALVARENGA,

Petitioner,

v.

FIELD DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

Respondents.

Case No. 23-cv-03556-LB

**ORDER OF TRANSFER**

Petitioner has filed a petition for writ of habeas corpus to challenge his detention by

immigration authorities without a bond hearing. Petitioner is detained in Kern County, which lies

within the Eastern District of California. Venue is proper in a habeas action in either the district of

confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a

conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal.

Habeas L.R. 2254-3(b). The preferred venue for this action is the Eastern District of California

because Petitioner is detained in that District. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R.

2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States

District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

   **IT IS SO ORDERED.**

   Dated:   September 29, 2023

_____
LAUREL BEELER
United States Magistrate Judge